IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **KANDEE COOLEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   **CIVIL ACTION NO 07-0822-KD-M** |
| | ) |
| **BOARD OF SCHOOL COMMISSIONERS,** | ) |
| **OF MOBILE COUNTY, ALABAMA and** | ) |
| **DR. HAROLD DODGE, in his official and** | ) |
| **individual capacity,** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT

In accordance with the order on summary judgment entered in the above styled action, it is **ORDERED, ADJUDGED** and **DECREED** that judgment shall be entered in favor of all defendants and that this action shall be and is hereby **DISMISSED** with prejudice.

**DONE** this the 13th day of February, 2009.

      s / Kristi K. DuBose
      **KRISTI K. DuBOSE**
      **UNITED STATES DISTRICT JUDGE**